# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154651(49)

ALTMAN MANAGEMENT COMPANY,
     Plaintiff-Appellant,

v

AON RISK INSURANCE SERVICES
WEST, INC.,
     Defendant-Appellee.

SC: 154651
COA: 328593
Ingham CC: 13-001106-CK

_____/

On order of the Chief Justice, pursuant to the stipulation signed by the attorneys for the parties, the time for defendant-appellee to file its answer to the application for leave to appeal is extended to December 5, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2016



Clerk